UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
PETER S. PAVLAKIS and SPIRO PAVLAKIS

                      Plaintiff,              04-CV-06967 (RO)

       - against -                            **DEFAULT JUDGMENT**

STERLING WATTERS CAPITAL MANAGEMENT,
INC., STERLING WATTERS GROUP L.P.,
STERLING WATTERS CAPITAL ADVISORS,
LLC, STERLING WATTERS, INC., STERLING
WATTERS GLOBAL FUND, LTD., ANGELO
HALIGIANNIS, EVELYN HALIGIANNIS, and
JOHN DOES 1-10,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

This action having been commenced on August 27, 2004 by the filing of the Complaint, and a copy of the Summons and Complaint having been personally served on defendants Sterling Watters Capital Management, Inc., Sterling Watters Capital Advisors, LLC, Sterling Watters Global Fund, Ltd., and Sterling Watters, Inc. on August 31, 2004, and on defendant Angelo Haligiannis on September 1, 2004, by personal service on John Franzese, who stated that he was authorized to accept service, by personally delivering and leaving the same with him, proof of service having been filed on September 20, 2004, and on defendant Evelyn Haligiannis on October 20, 2004, by personal service on her, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/05

ORDERED, ADJUDGED AND DECREED: That the plaintiffs have judgment against defendants in the liquidated amount of $2,342,627.44 with interest at 9% amounting to $176,057.83 plus costs and disbursements of this action in the amount of $431.50 amounting in all to $2,519,116.77.

Dated: New York, New York

_Nov. 16_, 2005

_____
U.S.D.J.

This document was entered on the docket on

_____, 2005.